

Joseph Mizrahi <joseph@cml.legal>

## Activity in Case 1:18-cv-02436-ER Thorne v. Mutual of America Life Insurance Company

**Shira M. Blank** <SBlank@ebglaw.com>  Wed, May 23, 2018 at 3:34 PM
To: Joseph Mizrahi <joseph@cml.legal>
Cc: "Joshua A. Stein" <JStein@ebglaw.com>

Joseph,

Defendant consents to the filing of the amended complaint.

Thanks,

Shira



**Shira M. Blank** | **Bio**
t 212.351.4694 | f 212.878.8600
SBlank@ebglaw.com

250 Park Ave. | New York, NY  10177
t 212.351.4500 | www.ebglaw.com

*Think Green. Please consider the environment before you print this message. Thank you.*

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies.
Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 250 Park Avenue, New York, NY 10177. Be sure to include your email address if submitting your request via postal mail.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Wednesday, May 23, 2018 3:31 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:18-cv-02436-ER Thorne v. Mutual of America Life Insurance Company

[Quoted text hidden]